AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| HOWARD MICHAEL CAPLAN<br><br>*Plaintiff(s)*<br>v.<br>DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:23-cv-60827-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    DR TRANSMISSION INC.
    REGISTERED AGENT:
    GOOLCHARAN, DEV
    5100 NW 15TH STREET
    UNIT A
    MARGATE, FL 33063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Ronald E. Stern, Esq.
    The Advocacy Law Firm, P.A.
    1835 E Hallandale Beach Blvd., # 757
    Hallandale, Florida 33009
    Attorney for Plaintiff, Howard Michael Caplan

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: May 4, 2023

*s/ N. Wilner*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| HOWARD MICHAEL CAPLAN *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 0:23-cv-60827-AHS |
| DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
 MBF COMMERCE CENTER LLC
 REGISTERED AGENT:
 MCCARTY, RICHARD D.
 921 HILLSBORO MILE
 HILLSBORO BEACH, FL 33062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
 Ronald E. Stern, Esq.
 The Advocacy Law Firm, P.A.
 1835 E Hallandale Beach Blvd., # 757
 Hallandale, Florida 33009
 Attorney for Plaintiff, Howard Michael Caplan

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 4, 2023

Angela E. Noble
Clerk of Court

*s/ N. Wilner*
Deputy Clerk
U.S. District Courts