**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:23-cv-60827-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company
    Defendants.
_____/

**<u>NOTICE OF APPEARANCE</u>**

The undersigned counsel, Ronnette Gleizer, Esq., hereby notifies this Honorable Court of her appearance as co-counsel of record for Plaintiff, HOWARD MICHAEL CAPLAN, in this action, and respectfully requests that copies of all future pleadings, motions, notices, orders, filings, correspondence, or other written communications concerning Plaintiff or this action be furnished to her.

Respectfully submitted,

By: *<u>Ronnette Gleizer</u>*
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: advocacylawfirmpa@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-60827-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company,
      Defendants.
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 04, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronnette Gleizer*
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: advocacylawfirmpa@gmail.com

## SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company

United States District Court Southern District of Florida

Case No. 0:23-cv-60827-AHS

**DR TRANSMISSION INC.**

**REGISTERED AGENT:**

GOOLCHARAN, DEV
5100 NW 15TH STREET
UNIT A
MARGATE, FL 33063

**VIA US MAIL**

**MBF COMMERCE CENTER LLC**

**REGISTERED AGENT:**

MCCARTY, RICHARD D.
921 HILLSBORO MILE
HILLSBORO BEACH, FL 33062

**VIA US MAIL**