UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-60827-AHS

HOWARD MICHAEL CAPLAN,

       Plaintiff,

vs.

DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company,
       Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, HOWARD MICHAEL CAPLAN, hereby certifies:

The name of each party, attorney, association of persons, law firm, partnership and corporation known to Plaintiff that has or may have an interest in the outcome of this litigation, including subsidiaries, parent corporations, affiliates and publicly traded companies that own 10% or more of the party's stock, and all other identifiable legal entities related to any party in this case are:

1) HOWARD MICHAEL CAPLAN, Plaintiff

2) DR TRANSMISSION INC., Defendant

3) DEV GOOLCHARAN (President, Dr Transmission Inc.)

4) MBF COMMERCE CENTER LLC, Defendant

5) RRK Properties, Inc. (Manager, MBF Commerce Center LLC)

6) RONALD E. STERN, ESQ., The Advocacy Law Firm, P.A., Attorney for Plaintiff

7) RONNETTE GLEIZER, ESQ., The Advocacy Law Firm, P.A., Attorney for Plaintiff

1

Respectfully submitted,

By: <u>Ronald E. Stern</u>
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., Suite 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:23-cv-60827-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company,

      Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this May 12, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., Suite 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

## **SERVICE LIST:**

HOWARD MICHAEL CAPLAN, Plaintiff, vs. DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company, Defendants

Case No: 0:23-cv-60827-AHS

United States District Court, Southern District of Florida

**DR TRANSMISSION INC.**

**REGISTERED AGENT:**

GOOLCHARAN, DEV
5100 NW 15TH STREET
UNIT A
MARGATE, FL 33063

**VIA US MAIL**

**MBF COMMERCE CENTER LLC**

**REGISTERED AGENT:**

MCCARTY, RICHARD D.
921 HILLSBORO MILE
HILLSBORO BEACH, FL 33062

**VIA US MAIL**

4