# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 0:23-CV-60827-AHS

Plaintiff:
**HOWARD MICHAEL CAPLAN**

vs.

Defendant:
**DR TRANSMISSION INC., ET AL.**



OJF2023011013

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 4th day of May, 2023 at 2:14 pm to be served on **DR TRANSMISSION INC. C/O R/A: DEV GOOLCHARAN, 5100 NW 15 ST, UNIT A, MARGATE, FL 33063**.

I, Andres Mazuera, do hereby affirm that on the **17th day of May, 2023 at 11:58 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Dev Goolcharan** as **Registered Agent** At the address of: **5100 NW 15 ST, UNIT A, MARGATE, FL 33063** for **DR TRANSMISSION INC. C/O R/A: DEV GOOLCHARAN**, and informed said person of the contents therein, in compliance with either federal or state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**Andres Mazuera**
SPS #1301

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2023011013

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n