**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:23-cv-60827-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company,
    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Michael Caplan ("Plaintiff"), and Defendants, Dr Transmission Inc. and MBF Commerce Center, LLC (collectively, "Defendants"), by and through their respective undersigned counsel, hereby notify the Court that a settlement has been reached in principle that resolves all claims in the above-styled action. Plaintiff and Defendants are in the process of finalizing a written agreement reflecting the agreed terms of settlement and request that the Court stay all matters and pending deadlines in this action, cancel the in-person hearing scheduled to take place on Thursday, September 14, 2023, and grant the Plaintiff and Defendants ten (10) days to submit the appropriate dismissal documents as to Defendants.

Respectfully submitted,

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
**THE ADVOCACY LAW FIRM, P.A.**
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com

_Attorneys for Plaintiff, Howard Michael Caplan_

**Spire Law, PLLC**
2572 W. State Road 426
Suite 2088
Oviedo, FL 32765

By: _/s/Alyssa Castelli_
Alyssa Castelli, Esq.
Florida Bar No. 1032306
Jesse I. Unruh, Esq.
Florida Bar No. 93121
Email: alyssa@spirelawfirm.com, jesse@spirelawfirm.com

_Attorneys for Defendant, Dr Transmission, Inc._

_Todd W. Shulby_
Todd W. Shulby, Esq.
Florida Bar No. 068365
**TODD W. SHULBY, P.A.**
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com

_Attorney for Defendant, MBF Commerce Center LLC_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:23-cv-60827-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company

      Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 12, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

3