**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:23-cv-60827-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company,
    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, DR TRANSMISSION INC. and MBF COMMERCE CENTER LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

**The Advocacy Law Firm, P.A.**
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009

By: /s/Ronald E. Stern
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com

*Attorneys for Plaintiff, Howard Michael Caplan*

**Spire Law, PLLC**
2572 W. State Road 426
Suite 2088
Oviedo, FL 32765

By: /s/Alyssa Castelli
Alyssa Castelli, Esq.
Florida Bar No. 1032306
Jesse I. Unruh, Esq.
Florida Bar No. 93121
Email: alyssa@spirelawfirm.com, jesse@spirelawfirm.com

*Attorneys for Defendant, Dr Transmission, Inc.*

**Todd W. Shulby, P.A.**
1792 Bell Tower Lane
Weston, Florida 33326

By: /s/Todd W. Shulby
Todd W. Shulby, Esq.
Florida Bar No. 068365
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com

*Attorney for Defendant, MBF Commerce Center LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-60827-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company,
    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 29, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff