**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:23-cv-60827-AHS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

DR TRANSMISSION INC., a Florida Profit Corporation and MBF COMMERCE CENTER LLC, a Florida Limited Liability Company,
    Defendants.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

ORDERED and ADJUDGED that this action is dismissed with prejudice. All Parties shall bear their own attorney's fees and costs. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement.

DONE AND ORDERED in Chambers at _____ County, Florida this _____ day of _____, 2023.

_____
**HONORABLE JUDGE RAAG SINGHAL**
**UNITED STATES DISTRICT COURT JUDGE**

Copies to:
All parties of record